1 | Gregory Y. Lievers, Esq./State Bar #110837
LAW OFFICES OF GREGORY Y. LIEVERS
2 | 5860 Owens Avenue, Suite 210
Carlsbad, CA   92008
3 | (760) 268-1947
(760) 268-1931 (fax)
4

5 | Attorney for Plaintiff and Judgment Creditor LEE BITTNER

6

7

8 |                **UNITED STATES BANKRUPTCY COURT**

9 |                **SOUTHERN DISTRICT OF CALIFORNIA**

10 | In re:  RONALD GEORGE DEPAUL,          CASE NO.: 13-11075-LA7
                                          ADVERSARY CASE NO.: 14-90021-LA
11 |                  Debtor.
                                          **PLAINTIFF'S NOTICE OF
12 |                                       MOTION AND MOTION
                                          FOR SUMMARY JUDGMENT**
13 |

14 | LEE BITTNER,                          Date:  August 28, 2014
                                          Time:  10:30 a.m.
15 |                  Plaintiff,           Courtroom: 2

16 | v.

17 | RONALD GEORGE DEPAUL,

18 |                  Defendant.

19 |

20 |        TO DEFENDANT RONALD DEPAUL AND HIS ATTORNEY OF RECORD:

21 |        NOTICE IS HEREBY GIVEN that on August 28, 2014 at 10:30 a.m., or as soon thereafter

22 | as counsel may be heard by the above-entitled Court, located at 325 West F Street, San Diego,

23 | California, Plaintiff Lee Bittner will and hereby does, move the Court for summary judgment on the

24 | grounds that there is no genuine issue as to material facts and that the moving party is entitled to

25 | judgment as a matter of law, for the reason that the May 20, 2013 Default Judgment entered by the

26 | Superior Court of the State of California, County of San Diego, in the amount of $94,870, a copy of

27 | which is attached to the Complaint as Exhibit A, collaterally estops Defendant and has a conclusive

28 | effect in this Court.

---

Ronald George DePaul, Debtor
Defs. Notice of Motion and Motion for Summary Judgment

1      This motion is based on this Notice of Motion and Motion, the accompanying Memorandum

2 of Points and Authorities, the Request for Judicial Notice attached hereto, all pleadings and papers

3 on file in this action, and upon such other matters as may be presented to the Court at the time of

4 the hearing.

5                                LAW OFFICES OF GREGORY Y. LIEVERS

6

7 Dated:  7.2.14

8                                GREGORY Y. LIEVERS, ESQ.
                               Attorneys for Plaintiff and Judgment Creditor

9                                LEE BITTNER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ronald George DePaul, Debtor
Def. Notice of Motion and Motion for Summary Judgment            Bk #13-11075-LA7
                                                    **Page 2**