**Declaration of Service by Mail**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**CASE NAME**: <u>Ronald George DePaul, Debtor</u>
**CASE NO**:     13-11075-LA7

Gregory Y. Lievers, Esq./State Bar #110837
LAW OFFICES OF GREGORY Y. LIEVERS
5860 Owens Avenue, Suite 210
Carlsbad, CA  92008
(760) 268-1947

ATTORNEY for Plaintiff, LEE BITTNER

    I, Karen S. Bertram, declare that: I am over the age of eighteen years and not a party to the cause; I am employed in, or am a resident of, the County of San Diego, California; where the mailing occurs; and my business address is: 5860 Owens Avenue, Suite 210, Carlsbad, California.

    I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.  I caused to be served the following document(s):

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; REQUEST FOR JUDICIAL NOTICE;**

by placing a copy of each document in a separate envelope addressed to each addressee, respectively, as follows:

William C. Mathews, Esq.
LAW OFFICE OF WILLIAM C. MATHEWS
2801 Camino Del Rio South, Suite 307
San Diego, CA  92108
(619) 298-7220

    I then sealed each envelope and, with the postage thereon fully prepaid, I placed each for deposit in the United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on: _____July 7, 2014_____

Signature: _____

Declaration of Service by Mail