CSD3025
07/05

## United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 9:00am−4:00pm Monday−Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ronald George DePaul <br><br> Debtor(s) | BANKRUPTCY NO.   13−11075−LA7 |
| Lee Bittner <br><br> Plaintiff(s) | ADVERSARY NO.   14−90021−LA |
| v. <br><br> Ronald George DePaul <br><br> Defendant(s) | |

### NOTICE OF CHANGE IN DATE AND TIME FIXED FOR PRETRIAL STATUS CONFERENCE

TO PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that the PRETRIAL STATUS CONFERENCE on the matter(s) presently set for

**7/31/14 at 2:00 p.m. in D−2 to wit:**

**PRE−TRIAL STATUS CONFERENCE**

be, and the same is hereby changed to **8/28/14 at 10:30 AM, in Courtroom 2, Room 118, Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101−6989.**

Dated:  7/8/14

Barry K. Lander
Clerk of the Bankruptcy Court

```
                        United States Bankruptcy Court
                        Southern District of California
Bittner,
        Plaintiff                                        Adv. Proc. No. 14-90021-LA
DePaul,
        Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0974-3         User: kfearce            Page 1 of 1         Date Rcvd: Jul 08, 2014
                             Form ID: 1188            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           E-mail/Text: ustp.region15@usdoj.gov Jul 09 2014 00:28:58     United States Trustee,
              Office of the U.S. Trustee,   402 West Broadway, Suite 600,   San Diego, CA  92101-8511
                                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2014 at the address(es) listed below:
              Gregory Y. Lievers    on behalf of Plaintiffs Lee  Bittner greg@gylievers.com
              William C. Mathews    on behalf of Defendant Ronald George DePaul williamcmathews@msn.com
                                                                                                             TOTAL: 2