# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

| | |
|---|---|
| **ADV:** | 14-90021 |
| | LEE BITTNER VS RONALD GEORGE DEPAUL |
| **Debtor:** | RONALD GEORGE DEPAUL |
| **Case Number:** | 13-11075-LA7    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, AUGUST 28, 2014 10:30 AM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | DARLA KMETY |

### *Matters:*

1) PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FILED BY GREGORY Y. LIEVERS

2) PRE-TRIAL STATUS CONFERENCE

### *Appearances:*

GREGORY Y. LIEVERS, ATTORNEY FOR LEE BITTNER
JAMES IMPERIALE, ATTORNEY FOR RONALD GEORGE DePAUL

### *Disposition:*

1) Tentative Ruling of the Court is Affirmed.  The judgment is dispositive.
Order to be lodged by Lievers

2) Off Calendar