```
1  Gregory Y. Lievers, Esq.  SBN 110837
   LAW OFFICES OF GREGORY Y. LIEVERS
2  5860 Owens Avenue, Suite 210
   Carlsbad, CA 92008
3  Telephone:   (760) 268-1947
   Facsimile:   (760) 268-1931
4
   Attorneys for Lee Bittner
5
```

UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 13-11075-LA7 |
| RONALD GEORGE DEPAUL, | Adv Case No. 14-90021-LA |
| Debtor | NOTICE OF LODGMENT OF ORDER GRANTING MOTION FOR SUMMARY JUDGMENT |
| LEE BITTNER, | Date:       August 28, 2014 |
| Plaintiff, | Time:       10:30 a.m. |
| | Courtroom: 2 |
| v. | Judge:      Hon. Louise DeCarl Adler |
| RONALD GEORGE DEPAUL, | |
| Defendant. | |

TO RONALD GEORGE DEPAUL AND HIS ATTORNEY OF RECORD:

Plaintiff LEE BITTNER (hereinafter "Plaintiff"), hereby lodges his Order Granting Summary Judgment, which is attached hereto as Exhibit "A." You are notified pursuant to Local Bankruptcy Rule 7054-3(b)(1) that you have seven (7) days within which to file and serve objections to the form and substance of said pleadings, if any, and may file and serve alternate pleadings if desired.

DATED: Sept. 23, 2014                LAW OFFICES OF GREGORY Y. LIEVERS

                                     By: ____/s/ Gregory Y. Lievers_____
                                         Gregory Y. Lievers
                                         Attorney for Plaintiff Lee Bittner

## PROOF OF SERVICE

I, the undersigned, certify that I am, and at all times during the service of process was, not less than eighteen (18) years of age and not a party to the within action. My business address is 5860 Owens Avenue, Suite 210, Carlsbad, CA 92008:

On SEPTEMBER 23, 2014, I served the following document described as:

NOTICE OF LODGMENT OF ORDER GRANTING MOTION
FOR SUMMARY JUDGMENT

☒ by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| WILLIAM C. MATHEWS, ESQ.<br>LAW OFFICE OF WILLIAM C. MATHEWS<br>2801 Camino Del Rio South, Suite 307<br>San Diego, CA 92108 | ATTORNEY FOR DEFENDANT<br>RONALD GEORGE DEPAUL |

☒ (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service on the same day with first class postage thereon fully prepaid at Cardiff by the Sea, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on SEPTEMBER 23, 2014, at Cardiff by the Sea, California.

/s/ LORI SANDREW
Lori Sandrew