```
 1  Gregory Y. Lievers, Esq.  SBN 110837
    LAW OFFICES OF GREGORY Y. LIEVERS
 2  5860 Owens Avenue, Suite 210
    Carlsbad, CA 92008
 3  Telephone:   (760) 268-1947
    Facsimile:    (760) 268-1931
 4
    Attorneys for Lee Bittner
 5
 6
 7
 8                UNITED STATES BANKRUPTCY COURT
 9             FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10  In re:                              Case No. 13-11075-LA7
11  RONALD GEORGE DEPAUL,                Adv Case No. 14-90021-LA
12          Debtor                       AMENDED NOTICE OF LODGMENT
                                         OF ORDER ON MOTION FOR
13                                       SUMMARY JUDGMENT
14  LEE BITTNER,                         Date:       August 28, 2014
                                         Time:       10:30 a.m.
15          Plaintiff,                   Courtroom:  2
                                         Judge:      Hon. Louise DeCarl Adler
16  v.
17  RONALD GEORGE DEPAUL,
18          Defendant.
19
```

20 **TO RONALD GEORGE DEPAUL AND HIS ATTORNEY OF RECORD:**

21  Plaintiff LEE BITTNER (hereinafter "Plaintiff"), hereby lodges his Order On Motion for

22 Summary Judgment, which is attached hereto as Exhibit "A." You are notified pursuant to Local

23 Bankruptcy Rule 7054-3(b)(1) that you have seven (7) days within which to file and serve

24 objections to the form and substance of said pleadings, if any, and may file and serve alternate

25 pleadings if desired.

26 DATED: Sept. 25, 2014            LAW OFFICES OF GREGORY Y. LIEVERS

27
                                   By: ____/s/ Gregory Y. Lievers_____
28                                      Gregory Y. Lievers
                                        Attorney for Plaintiff Lee Bittner

| | |
|---|---|
| 1 | PROOF OF SERVICE |

2  I, the undersigned, certify that I am, and at all times during the service of process was, not less than eighteen (18) years of age and not a party to the within action. My business address is 5860 Owens Avenue, Suite 210, Carlsbad, CA 92008:

3

4  On SEPTEMBER 25, 2014, I served the following document described as:

5  AMENDED NOTICE OF LODGMENT OF ORDER ON MOTION
FOR SUMMARY JUDGMENT FILED BY LEE BITTNER

6

7  ☒   by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

8  WILLIAM C. MATHEWS, ESQ.          ATTORNEY FOR DEFENDANT
LAW OFFICE OF WILLIAM C.          RONALD GEORGE DEPAUL
9  MATHEWS
2801 Camino Del Rio South, Suite 307
10  San Diego, CA 92108

11

12  ☒   (BY MAIL)   I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service on the same day with first class postage thereon fully prepaid at Cardiff by the Sea, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

16  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on SEPTEMBER 25, 2014, at Cardiff by the Sea, California.

18

19                                      /s/ LORI SANDREW
                                        Lori Sandrew

CSD 3000C [11/15/04]

Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Debtor.

BANKRUPTCY NO.

**LODGED**

Plaintiff(s)

ADVERSARY NO.

v.

Defendants(s)

Date of Hearing:
Time of Hearing:
Name of Judge:

## ORDER ON

　　　　IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through _____ with exhibits, if any, for a total of _____ pages, is granted.  Notice of Lodgment Docket Entry No. _____

//

//

//

//

DATED:

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Submitted by:

_____
(Firm name)

By:_____
　Attorney for ☐ Movant ☐ Respondent

CSD 3000C

**EXHIBIT A**

**CSD 3000C** [11/15/04]**(Page 2)**
ORDER ON
DEBTOR:                                                                                           CASE NO.:
                                                                                                  ADV. NO.:

CSD 3000C

EXHIBIT A