Gregory Y. Lievers, Esq.  SBN 110837
LAW OFFICES OF GREGORY Y. LIEVERS
5860 Owens Avenue, Suite 210
Carlsbad, CA 92008
Telephone:    (760) 268-1947
Facsimile:    (760) 268-1931

Attorneys for Lee Bittner

# UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 13-11075-LA7 |
| RONALD GEORGE DEPAUL, | Adv Case No. 14-90021-LA |
| Debtor | JUDGMENT |
| LEE BITTNER, | Courtroom:    2 |
| Plaintiff, | Judge:        Hon. Louise DeCarl Adler |
| v. | |
| RONALD GEORGE DEPAUL, | |
| Defendant. | |

The Complaint of Plaintiff LEE BITTNER ("Bittner") seeking a determination of the nondischargeability of his debt against Debtor and Defendant RONALD GEORGE DEPAUL ("Defendant") having been presented to the Court on the motion of Bittner for summary judgment, which came on regularly for hearing before this Court on August 28, 2014 at 10:30 a.m., the Honorable Louise DeCarl Adler, presiding, and the Court having granted Bittner's motion for summary judgment on its claim for relief under 11 U.S.C. § 523(a)(4) and (a)(6) and, therefore, judgment is granted against Defendant and in favor of LEE BITTNER as follows:

/ / /

IT IS ORDERED THAT:

Judgment be entered against Defendant RONALD GEORGE DEPAUL, and in favor of Plaintiff LEE BITTNER as follows:

1.    The Judgment against Defendant RONALD GEORGE DEPAUL in the sum of $94,870.00 filed in case number 37-2012-00053697-CU-PO-NC of the Superior Court of California, County of San Diego, North County Branch on May 20, 2013, and any interest thereon, is determined to be non-dischargeable pursuant to 11 U.S.C. § 523(a)(4) and (a)(6) and shall be excepted from RONALD GEORGE DEPAUL's discharge.

Interest shall accrue on the Judgment at the state court statutory rate of 10% from May 20, 2013.

Plaintiff shall also recover his costs.


Dated:_____        _____
                                                         Judge, United States Bankruptcy Court

PROOF OF SERVICE

I, the undersigned, certify that I am, and at all times during the service of process was, not less than eighteen (18 ) years of age and not a party to the within action. My business address is 5860 Owens Avenue, Suite 210, Carlsbad, CA 92008:

On OCTOBER 8, 2014, I served the following document described as:

JUDGMENT

☒ by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

WILLIAM C. MATHEWS, ESQ.          ATTORNEY FOR DEFENDANT
LAW OFFICE OF WILLIAM C.          RONALD GEORGE DEPAUL
MATHEWS
2801 Camino Del Rio South, Suite 307
San Diego, CA 92108

☒ (BY MAIL)   I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service on the same day with first class postage thereon fully prepaid at Cardiff by the Sea, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on OCTOBER 8, 2014, at Cardiff by the Sea, California.

       /s/ LORI SANDREW
       Lori Sandrew